IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOSEF REED and MADREAL SOLUTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AG MANUFACTURING & TECHNOLOGY, INC. and AG MANUFACTURING & TECHNOLOGY, LLC,<br><br>Defendants. | Case No. 4:20-cv-152<br><br>(Warren County Case No. LACV038422)<br><br>**NOTICE OF REMOVAL** |

COME NOW Defendants, Ag Manufacturing & Technology, Inc. and Ag Manufacturing & Technology, LLC, pursuant to 28 U.S.C. §§ 1441(a) and 1446, and LR 81, and file this Notice of Removal of the above-styled cause of action from the Iowa District Court for Warren County to this Court and respectfully state as follows:

1. On March 31, 2020, Plaintiffs Josef Reed and Madreal Solutions, LLC ("Plaintiffs") commenced this action against Defendants in the Iowa District Court for Warren County captioned *Josef Reed and Madreal Solutions, LLC v. Ag Manufacturing & Technology, Inc. and Ag Manufacturing & Technology, LLC*, Case No. LACV038422 (the "State Action"). The State Action is currently pending. In the State Action, Plaintiffs have alleged state law claims for violation of securities fraud, violation of the Iowa Wage Payment Collection Law, breach of oral agreement, promissory estoppel, unjust enrichment, and quantum meruit.

2. Pursuant to the requirements of LR 81, Plaintiff Josef Reed is a citizen of Louisiana. Upon information and belief, Plaintiff Madreal Solutions, LLC is not a citizen of Iowa. Defendants are citizens of Iowa. Ag Manufacturing & Technology, Inc. is a corporate

entity organized under the laws of Iowa with its principal place of business located in Warren County, Iowa. Ag Manufacturing & Technology, LLC is an inactive name of the same entity.

3. Defendants were served with the Original Notice and Petition on April 16, 2020. Copies of the Original Notice, Petition, and Returns of Service accompany this Notice as electronic documents.

4. The District Courts of the United States have original jurisdiction of the State Action under 28 U.S.C. § 1332, as it involves a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. Jurisdiction is also proper because the State Action is pending in Warren County, Iowa, located in the Southern District of Iowa. 28 U.S.C. § 1441(a).

5. The District Courts of the United States also have original jurisdiction under 28 U.S.C. § 1331, as a federal question is presented on the face of Plaintiff's Petition (now Complaint). Specifically, Plaintiff's Count IX, Securities Fraud, allegedly arises under 15 U.S.C. § 78j.

6. This Notice of Removal is being filed within thirty (30) days of receipt of service of the Petition (now Complaint). 28 U.S.C. § 1446(b).

7. Pursuant to LR 81(b), there are no pending motions or other matters in the State Action. Pursuant to LR 81(c), the Defendants have not appeared in the State Action, but counsel for Plaintiffs who have appeared in the State Action are as follows:

    William M. Reasoner
    John E. Lande
    Emily A. McGovern
    Dickinson, Mackaman, Tyler & Hagen, P.C.
    699 Walnut Street, Suite 1600
    Des Moines, Iowa 50309-3986
    Telephone: (515) 244-2600
    Facsimile: (515) 246-4550

Email: wreasoner@dickinsonlaw.com
Email: jlande@dickinsonlaw.com
Email: emcgovern@dickinsonlaw.com

8. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide written notice to Plaintiffs of the Notice of Removal and will file a Notice of Filing of Notice of Removal with the Clerk of the Iowa District Court for Warren County.

Dated: May 15, 2020

Respectfully submitted,

*/s/ James W. White*
James W. White, AT0012418
BROWN, WINICK, GRAVES, GROSS
AND BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2429
Facsimile: 515-323-8529
E-mail: james.white@brownwinick.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on May 15, 2020, I filed this document via CM/ECF, which will send notice of electronic filing to all counsel of record.

*/s/ Gabrielle Foshe, Legal Assistant*