IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Josef Reed and Madreal Solutions, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> Ag Manufacturing & Technology, Inc. and Ag Manufacturing & Technology, LLC, <br><br> Defendants. | NO.:  4:20-cv-00152-CRW-SHL <br><br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiffs Josef Reed and Madreal Solutions, LLC, by and through undersigned counsel, and hereby dismiss each of their claims against Defendants Ag Manufacturing & Technology, Inc. and Ag Manufacturing & Technology, LLC with prejudice.

By: */s/ William M. Reasoner*
William M. Reasoner, AT0013464
John E. Lande, AT0010976
Grace E. Bogart, AT0014539
DICKINSON, MACKAMAN, TYLER & HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, Iowa  50309-3986
Telephone:  (515) 244-2600
FAX:  (515) 246-4550
wreasoner@dickinsonlaw.com
jlande@dickinsonlaw.com
gbogart@dickinsonlaw.com

Attorneys for Plaintiffs, Josef Reed and Madreal Solutions, LLC

**Stipulated as to form and substance by Defendants:**

*/s/ James W. White*
James W. White, AT0012418
BROWN, WINICK, GRAVES, GROSS, AND BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2429
Facsimile:  515-323-8529
E-mail:  james.white@brownwinick.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James White
Brown, Winick, Graves, Gross, and Baskerville, PLC
666 Grand Avenue, Suite 2000
Des Moines, IA 50309
james.white@brownwinick.com

    */s/  Tiffany Roosa*